1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  MATTHEW M. SCOBLE, #237432
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA  95814
   Telephone: (916) 498-5700

   Attorney for Defendant
   JOSE LUIS VIDES-LINARES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 13-cr-389 JAM |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND SET FOR CHANGE OF PLEA |
| v. | ) ) | |
| JOSE LUIS VIDES-LINARES, | ) ) | Date:  January 7, 2014 |
| Defendant. | ) ) ) | Time:  9:45 a.m. Judge: Honorable John A. Mendez |

JUAN LUIS VIDES-LINARES by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, and NIRAV DESAI, Assistant United States Attorney, hereby agree that the status conference set for December 10, 2013, be continued and set as a change of plea to January 7, 2014, at 9:45 a.m.

This continuance is sought for defense counsel to meet and confer with the defendant along with counsel's staff interpreter for preparation of the change of plea.

Counsel agrees that the time from December 9, 2013 through January 7, 2014, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4, [reasonable time to prepare] and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

/ / /

DATED: December 9, 2013

                                Respectfully submitted,

                                HEATHER E. WILLIAMS
                                Federal Defender


                                */s/ Matthew M. Scoble*
                                MATTHEW M. SCOBLE
                                Assistant Federal Defender
                                Attorney for JOSE LUIS VIDES-LINARES

DATED: December 9, 2013          BENJAMIN B. WAGNER
                                United States Attorney


                                /*s/ Matthew M. Scoble for*
                                NIRAV K. DESAI
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the December 10, 2013, status conference hearing be continued and set for change of plea to January 7, 2014, at 9:45 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the January 7, 2014 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

DATED: December 9, 2013

                                /s/ John A. Mendez
                                Hon. John A. Mendez
                                United States District Court Judge