HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE LUIS VIDES-LINARES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 13-cr-389 JAM |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE CHANGE OF PLEA |
| v. | ) ) | Date: March 11, 2014 |
| JOSE LUIS VIDES-LINARES, | ) ) | Time: 9:45 a.m. Judge: Honorable John A. Mendez |
| Defendant. | ) ) | |

JUAN LUIS VIDES-LINARES by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, and NIRAV DESAI, Assistant United States Attorney, hereby agree that the change of plea set for March 4, 2014, be continued to March 11, 2014, at 9:45 a.m.

This continuance is sought for defense counsel to meet and confer with the defendant along with counsel's staff interpreter for preparation of the change of plea.

Counsel agrees that the time from February 26, 2014 through March 11, 2014, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, §§3161(h)(7)(A)and(B)(iv) and Local Code T4, [reasonable time to prepare] and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

/ / /

/ / /

DATED: February 26, 2014

                                              Respectfully submitted,

                                              HEATHER E. WILLIAMS
                                              Federal Defender


                                              */s/ Matthew M. Scoble*
                                              MATTHEW M. SCOBLE
                                              Assistant Federal Defender
                                              Attorney for JOSE LUIS VIDES-LINARES

DATED: February 26, 2014            BENJAMIN B. WAGNER
                                              United States Attorney


                                              /*s/ Matthew M. Scoble for*
                                              NIRAV K. DESAI
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff

## **ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the March 4, 2014, change of plea be continued to March 11, 2014, 2014, at 9:45 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the March 11, 2014 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

DATED: February 26, 2014

                                              /s/ John A. Mendez
                                              Hon. John A. Mendez
                                              United States District Court Judge